# Third District Court of Appeal

## State of Florida

Opinion filed August 6, 2026.
Not final until disposition of timely filed motion for rehearing.

————————————

No. 3D25-0515
Lower Tribunal No. AJPJMCE

————————————

**Julio Yordani Batista,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal from the County Court for Miami-Dade County, Cristina Rivera Correa, Judge.

Carlos J. Martinez, Public Defender, and Deborah Prager, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Daihana Chang, Assistant Attorney General, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed.